AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jeffrey Przbylo

V.

Professional Recovery Services, Inc.

CASE NUMBER: 1:10-cv-04575

ASSIGNED JUDGE: Darrah

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Professional Recovery Services, Inc.
c/o Registered Agent: CT Corporation Service
208 S. LaSalle St. Suite 814
Chicago, Illinois 60604.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
ABurke@BurkeLawLLC.com; 312-729-5288

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

August 4, 2010
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 8/4/10 |
| NAME OF SERVER (PRINT) Lucia Bertone-Ledford | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Professional Recovery Services registered agent CT Corp at 208 S. LaSalle St. Suite 814 Chicago, IL 60604

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/4/10
Date

Signature of Server

50 E Chicago Ave Apt 4E
Chicago, IL 60611
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.