IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY PRZYBYLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 10-cv-4575 |
| v. ) | |
| ) | Judge: Darrah |
| PROFESSIONAL RECOVERY SERVICES, ) | |
| INC., ) | Magistrate Judge Denlow |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Professional Recovery Services, Inc., by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead states as follows:

1. Plaintiff's initial complaint was served on Defendant on or about August 4 and Defendant's responsive pleading was due on August 25, 2010.

2. On August 25, 2010 Plaintiff filed an Amended Complaint and Defendant's responsive pleading to the Amended Complaint is due on September 8, 2010.

3. Defense counsel was recently retained and needs additional time to investigate the claims made in Plaintiff's Amended Complaint and to prepare an appropriate response. Defendant's counsel are filing their appearances with this motion.

4. Defendant requests an additional 14 days to on or before September 22, 2010 to answer or otherwise plead.

5. This time is not meant for the purpose of unnecessary delay and will not prejudice any party in this matter.

6. Defense counsel has discussed the additional time with counsel for the Plaintiff and counsel for the Plaintiff has no objection to the time sought.

WHEREFORE Defendant Professional Recovery Services, Inc., respectfully requests that this court grant it a 14-day enlargement of time to on or before September 22, 2010 to answer or otherwise plead to Plaintiff's Amended Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/*Jennifer W. Weller*
    Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000