IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY PRZYBYLO, | ) | |
|     Plaintiff, | ) | 1:10-cv-4575 |
| | ) | Judge Chang |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| PROFESSIONAL RECOVERY SERVICES, INC., | ) | |
|     Defendant. | ) | JURY TRIAL DEMANDED |

**Fed.R.Civ.P. 41(a)(1) Dismissal With Prejudice**

Pursuant to settlement, plaintiff hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

/s/Alexander H. Burke

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

1